UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CHARLES HUNT,<br><br>    Petitioner,<br><br>vs.<br><br>JAMES YATES,<br><br>    Respondent. | Case No. EDCV 10-0561-GAF(RC)<br><br><br>JUDGMENT |

   IT IS ADJUDGED that the petition for writ of habeas corpus and the action are dismissed as untimely.

DATED: August 6, 2010

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

R&R\10-0561.jud
6/25/10